# PROPERTY REPORT
## OFFICE OF THE SHERIFF
## SANTA CLARA COUNTY

PAGE ___ of ___ PAGES

[X] EVIDENCE [ ] STORED [ ] RECOVERED [ ] FOUND [X] RECEIPT GIVEN [ ] Y [ ] N [ ] FINDERS CLAIM [ ] Y [ ] N

| | | |
|---|---|---|
| VICTIM/RP Stanford University | TYPE CRIME 502 PC | REPORT/BEAT NO 13-194 SR |
| ADDRESS 800 Welch Rd | | RES. PHONE |
| CITY/STATE/ZIP Palo Alto CA 94304 | | BUS. PHONE |
| SUSPECT Naheed A. Mangi | DOB [redacted] | BKG NO. |
| ADDRESS [redacted] | | RES. PHONE |
| CITY/STATE/ZIP [redacted] | | BUS. PHONE |

| BADGE/ITEM | ITEM-COMPLETE DESCRIPTION-MISSING PARTS | BAR CODE/BIN |
|---|---|---|
| #133 / #1 of | Apple Laptop - Silver MacBook - Pro<br>Serial # C1MK5XFHDTY3 | |
| #133 / 2 of | Samsung Laptop QX410 Silver + Black<br>Serial # ZYPX93BB1044737 | |
| #133 / 3 of | IMAC Desktop Computer 20" Model # A1224<br>Serial # YM9245PFØTF | |
| / | | |
| / | | |

| SUBMITTED BY: | BADGE/CJIC# | DATE/TIME | TOTAL PKS | RECEIVED BY | EVIDENCE CLERK | DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |

DO NOT WRITE BELOW THIS LINE

1. There must be a report number on this form for identification.
2. Use only black ball point pen or typewriter to fill out this form.
3. Itemize and describe all property, including serial numbers and I.D. marks. DO NOT use more than one section for each item.
4. Place narcotics, guns and fingerprints in separate evidence container.
5. Place money in money envelope and follow the instructions printed on the outside.
6. Identify the article or evidence bag with a property tag on which are written the report number and particular item number(s).
7. Seal the evidence bag.
8. List in the box provided on the form to report the total number of separate packages of evidence being submitted on each form.
9. Indicate the page number and total number of pages being submitted by you.
10. The second (2nd) and fourth (4th) copies of the property report are to be submitted with the evidence. The remaining copies of the report are to be placed in the new reports box.





Tr. Ex. 12-004

MANGI000287





SR13-1443F

Tr. Ex. 12-005

MANGI000288





SR13-1443E

Tr. Ex. 12-006

MANGI000289

SR13-1443F

Tr. Ex. 12-007

MANGI000290

SR13-1443F





Tr. Ex. 12-009 MANGI000292

SR13-1443F





SR13-1443F

Tr. Ex. 12-010

MANGI000293





SR13-1443F

Tr. Ex. 12-011

MANGI000294

TRADER

Tr. Ex. 12-013

MANGI000296

SR13-1443F

Tr. Ex. 12-014

MANGI000297

Carnation

Tr. Ex. 12-016

MANGI000299

SR13-1443F

Tr. Ex. 12-017

MANGI000300





SR13-1443F

Tr. Ex. 12-018

MANGI000301

SAMSUNG
QX
LASKO

Roche

F. HOFFMANN-LA ROCHE LTD
CLINICAL STUDY PROTOCOL

Protocol Number MO27782 [VELVET Study]
RO 43-68451

PERTUZUMAB

A two-cohort, open-label, multicenter Phase II trial assessing the efficacy and safety of pertuzumab given in combination with trastuzumab and vinorelbine in first line patients with HER2-positive advanced (metastatic or locally advanced) breast cancer.
EUDRACT NUMBER: 2011-003308-18
IND Number: BB-IND 9900

PROTOCOL

Protocol Number: MO27782
Version 3.0
Date: 23 Jan 2013

| Sponsor: | F. HOFFMANN-LA ROCHE LTD<br>Grenzacherstrasse, CH-4070, Basel<br>Switzerland | |
|---|---|---|
| Name: | Signature: | Date: |
| Anja Alexandra Dünne<br>Senior International Medical Leader | [signature] | 29/11 2012 |
| Ulrich Freudensprung<br>Senior Statistician | [signature] | 29/01/2013 |

This protocol is intended for use in a life-threatening indication: Yes ☒ No ☐

Confidentiality Statement: The information contained in this document, especially unpublished data, is the property of F. Hoffmann-La Roche Ltd (or under its control), and therefore provided to you in confidence as an investigator, potential investigator or consultant, for review by you, your staff and an applicable Independent Ethics Committee/Institutional Review Board. It is understood that this information will not be disclosed to others without written authorization from Roche except to the extent necessary to obtain informed consent from those persons to whom the investigational product may be administered.

MO27782 (VELVET) Protocol Final Version 3.0, 23 Jan 2013 Page 1 of 105

Roche

F. HOFFMANN-LA ROCHE LTD
CLINICAL STUDY PROTOCOL

Protocol Number MO27782 [VELVET Study]
RO 43-68451

PERTUZUMAB

A two-cohort, open-label, multicenter Phase II trial assessing the efficacy and safety of pertuzumab given in combination with trastuzumab and vinorelbine in first line patients with HER2-positive advanced (metastatic or locally advanced) breast cancer.
EUDRACT NUMBER: 2011-003308-18
IND Number: BB-IND 9900

PROTOCOL

Protocol Number: MO27782

Roche

F. HOFFMANN-LA ROCHE LTD
CLINICAL STUDY PROTOCOL

Protocol Number MO27782 [VELVET Study]
RO 43-68451

PERTUZUMAB

A two-cohort, open-label, multicenter Phase II trial assessing the efficacy and safety of pertuzumab given in combination with trastuzumab and vinorelbine in first line patients with HER2-positive advanced (metastatic or locally advanced) breast cancer.
EUDRACT NUMBER: 2011-003308-18
IND Number: BB-IND 9900

PROTOCOL

Protocol Number: MO27782
Version 3.0
Date: 23 Jan 2013





Roche

F. HOFFMANN-LA ROCHE LTD
CLINICAL STUDY PROTOCOL

Protocol Number MO27782 [VELVET Study]
RO 43-68451

PERTUZUMAB

A two-cohort, open-label, multicenter Phase II trial assessing the efficacy and safety of pertuzumab given in combination with trastuzumab and vinorelbine in first line patients with HER2-positive advanced (metastatic or locally advanced) breast cancer.
EUDRACT NUMBER: 2011-003308-18
IND Number: BB-IND 9900

PROTOCOL

Protocol Number: MO27782
Version 3.0
Date: 23 Jan 2013

| Sponsor: | F. HOFFMANN-LA ROCHE LTD Grenzacherstrasse, CH-4070, Basel Switzerland | |
|---|---|---|
| Name: | Signature: | Date: |
| Anja Alexandra Dünne Senior International Medical Leader | | 29/1/2013 |
| Ulrich Freudensprung Senior Statistician | | 29/01/2013 |

This protocol is intended for use in a life-threatening indication: Yes ☑ No ☐

Confidentiality Statement: The information contained in this document, especially unpublished data, is the property of F. Hoffmann-La Roche Ltd (or under its control), and therefore provided to you in confidence as an investigator, potential investigator or consultant, for review by you, your staff and an applicable Independent Ethics Committee/Institutional Review Board. It is understood that this information will not be disclosed to others without written authorization from Roche except to the extent necessary to obtain informed consent from those persons to whom the investigational product may be administered.

MO27782 (VELVET) Protocol Final Version 3.0, 23 Jan 2013 Page 1 of 105

Medium Box
FedEx
Express
81 JBSA
STANDARD OVERNIGHT

AAA
NAHEED A MANGI
Member
Emergency Road Service
(800) 222-4357
25+
STANFORD
Antibiotic
Ingredients (in each gram)
Warnings For external use only

Tr. Ex. 12-021 MANGI000304

iMac
iMac
iLife

STANFORD UNIVERSITY
NAHEED MANGI
Clinical Research Coordinator
Breast Oncology
Cancer Clinical Trial Office
800 Welch Road, Rm FC3C47
Stanford, CA 94304
T 650-723-0658
F 650-724-4042
nmangi@Stanford.Edu
http://cancer.stanford.edu
Member
Emergency Road Service
(800) 222-4357
AHEED A MANGI

SR13-1443F

Tr. Ex. 12-023

MANGI000306





SAMSUNG

MODEL CODE:NP-QX410-S02US
S/N:ZYPX93BB104473Z
Jan. 2011
Windows® 7 Home Prem OA
Samsung Electronics
BA68-05408A
Product Key YWDF2-83M4M-V3YP8-PHRGB-X9366
X16-96072
00196-140-719-040
Certificate of Authenticity
Label not to be sold separately
Microsoft

ASSEMBLED IN CHINA
EMC NO.:2266
CONTAINS FCC ID:QDS – BRCM1036
IC:4324A – BRCM1036
MODEL NO.: A1224

xfinity.
At home with affordable internet.
See inside for details.

Memory Phone

SR 13-1443F

At home with affordable internet.
See inside for details.
PRSRT STD
U.S. POSTAGE
PAID
COMCAST
Naheed Mangi
STANFORD
UNIVERSITY
MEDICAL CENTER
CANCER INSTITUTE
CLINICAL RESEARCH
COORDINATOR
NAHEED MANGI

ZAKIA BEGUM
C\O NAHEED MANGI

Tr. Ex. 12-027

MANGI000310





SR13-1443E Tr. Ex. 12-028 MANGI000311

SR 1 3 4 4 3 F

PROPERTY REPORT
OFFICE OF THE SHERIFF
SANTA CLARA COUNTY

PAGE ___ OF ___ PAGES

☒ EVIDENCE ☐ STORED ☐ RECOVERED ☐ FOUND ☒ RECEIPT GIVEN ☐ Y ☐ N ☐ FINDERS CLAIM ☐ Y ☐ N

VICTIM/RR: [illegible] TYPE CRIME: [illegible] REPORT/BEAT NO: [illegible]

ADDRESS: [illegible] RES PHONE

CITY/STATE/ZIP: [illegible] BUS PHONE

SUSPECT: Naheed A Mangi BKG NO

RES PHONE

BUS PHONE

| BADGE/ITEM | ITEM-COMPLETE DESCRIPTION-MISSING PARTS | BAR CODE/BIN |
|---|---|---|
| 133 / 1a | [illegible] | |
| / 1b | [illegible] | |
| / | [illegible] | |
| 133 / 2a | [illegible] | |
| / | [illegible] | |
| 133 / 2c | [illegible] | |
| / | | |
| / | | |
| / | | |

SUBMITTED BY: ___ BADGE/C.I.C# ___ DATE/TIME ___ TOTAL PKG ___ RECEIVED BY ___ EVIDENCE CLERK ___ DATE

FOLLOW UP OFFICER: ___ BADGE/C.I.C# ___ FOLLOW UP OFFICER'S SPECIAL INSTRUCTIONS

RELEASED TO: ☐ PERSON NAMED ABOVE ☐ FOLLOWING NAMED PERSON — NAME — STREET ADDRESS — CITY

WHO HAS BEEN NOTIFIED ON THE FOLLOWING DATE: — BY OFFICER — TO PICK UP THE FOLLOWING ITEMS — AUTHORITY FOR RELEASE — CASE

DATE — RELEASED BY — DATE/TIME REL

STAFF OFFICERS APPROVAL — DATE

I ACKNOWLEDGE RECEIPT OF THE ABOVE SPECIFIED ITEMS — NAME

☐ DESTROY THE FOLLOWING ITEMS # — AUTHORITY FOR DESTRUCTION — WITNESSED BY

AUTHORITY FOR AUCTION — CASE

☐ AUCTION THE FOLLOWING ITEMS # — CITY

☐ RELEASE TO: — NAME — STREET ADDRESS — CITY

WHO HAS BEEN NOTIFIED ON THE FOLLOWING DATE — BY OFFICER — TO PICK UP THE FOLLOWING ITEMS — AUTHORITY FOR AUCTION — CASE

DATE — RELEASED BY — DATE/TIME

STAFF OFFICERS APPROVAL — STREET ADDRESS — CITY

I ACKNOWLEDGE RECEIPT OF THE ABOVE SPECIFIED ITEMS — NAME

FORM 5657 REV. 7/96 — P.C. Code Sec. 12028, 12030, 1411 & Co. Ord Sec. A20-8 — 90 DAY REMINDER

STATE OF CALIFORNIA - COUNTY OF SANTA CLARA, SW NO. SSW 031596

# SEARCH WARRANT

FILED NOV 14 2013

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF SANTA CLARA:

Proof by affidavit and under penalty of perjury having been sworn to this day before me by **Stanford University Dept. of Public Safety Detective Scott Floerchinger** that there is probable cause for believing that the property and/or person described below may be found at the location(s) set forth below and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x"(s) in that it:

- ☐ was stolen or embezzled
- ☒ was used as the means of committing a felony
- ☐ is possessed by a person with the intent to use it as means of commiting a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery
- ☒ tends to show that a felony has been committed or that a particular person has committed a felony
- ☐ tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring
- ☐ there is a warrant to arrest the person;

YOU ARE THEREFORE COMMANDED TO SEARCH, DURING THE DAYTIME, THE FOLLOWING LOCATIONS FOR THE FOLLOWING PROPERTY:

LOCATION #1 **Naheed Anjun Mangi's residence located at 305 Euclid Ave Apt 406, Oakland, Ca 94610,** see "DESCRIPTION OF LOCATION TO BE SEARCHED AND ITEMS TO BE SEIZED" attached as EXHIBIT A

AND TO SEIZE THE LISTED ITEMS and bring it/them forthwith before this court.

This Search Warrant and Incorporated Affidavit was sworn to as true before me this 14 day of November 2013, at 8:50 A.M. / P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: YES [ ] NO [X]
NIGHT SEARCH APPROVED: YES [ ] NO [X]

(Signature of Magistrate)
Judge of the Superior Court, County of Santa Clara

Judge Rodney J. Stafford

1

Tr. Ex. 12-029 MANGI000312

Monday
New Year's Day
Tuesday
Wednesday
Thursday

JANUARY 2007

SR13-1443F

Tr. Ex. 12-031

MANGI000314

SR13-1443E

JANUARY
FEBRUARY
MARCH
APRIL
MAY
23 Friday
24 Saturday
25 Sunday
Notes

SR13-1443F

Tr. Ex. 12-034

MANGI000317

SR13-1443F

Tr. Ex. 12-035

MANGI000318

iMac
406

Serial No:YM9245PF0TF
IMAC 20"/2.66/2X1GB/320GB/SD/MSE/KB –
CONTAINS: FCC ID:QDS – BRCM1036

0984
LR45149
©2008 Apple Inc. All rights reserved. 100-240V~, 50-60Hz, 3.0A Contains FCC ID: QDS-BRCM1
This device complies with Part 15 of the FCC Rules. Operation is subject to the following
must accept any interference received, including interference that may cause undesired operatio

Serial No:YM9245PF0TF
Ethernet ID:002608008B04
IMAC 20"/2.66/2X1GB/320GB/SD/MSE/KB –
CONTAINS: FCC ID:QDS – BRCM1036
ASSEMBLED IN CHINA
IC:4324A – BRCM1036
EMC NO.:2266
MODEL NO.: A1224






alifornia Assembled in China Model No.: A1278 Rated 16.5V 3.65A
ns. Contains FCC ID: QDS-BRCM1055 and IC: 4324A-BRCM1055 TM and © 2010
N122
Z844





SR13-1443F

Tr. Ex. 12-039 MANGI000322

S/N:ZYPX93BB1044732
Jan. 2011
MODEL CODE:NP-QX410-S02US
NYCE
NOM
QX410

QX410
NOM
NYCE
MODEL CODE:NP-QX410-S02US
S/N:ZYPX93BB1044732
Jan. 2011
SAMSUNG
Samsung Electronics

SR13-1443F

Tr. Ex. 12-041 MANGI000324



SR13-1443F

Tr. Ex. 12-042 MANGI000325

| REPORT TYPE | Stanford University Public | CASE NO. |
|---|---|---|
| FRAUD | EVIDENCE | 13-1443 |

"EM" EVIDENCE MISDEMEANOR "SK" = SAFEKEEPING "L" = LOST "O" = OTHER "R" = RECOVERED
"EF" EVIDENCE FELONY "Z" = SEIZED ITEM "FN" = FOUND "S" = STOLEN

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM.

LOC CODES:
"L-#" = LOCKER NUMBER
"R" = REFRIGERATOR
"F" = FREEZER
"V" = VICTIM HOLD

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 7256 | | EF | | | | | | | 10 |

DESCRIPTION: Envelope containing search warrant results for AT&T IP address

LOCATION FOUND: Obtained from AT&T via Fax

| OFFICER'S NAME | PROP 115 | ID No. | DATE | SHIFT/DAYS OFF | SUPERVISOR REVIEW | ID No. | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Tr. Ex. 12-043

MANGI000326

| REPORT TYPE | Stanford University Public | CASE NO. |
|---|---|---|
| FRAUD | EVIDENCE | 13-1443 |

"EM" EVIDENCE MISDEMEANOR "SK" = SAFEKEEPING "L" = LOST "O" = OTHER "R" = RECOVERED
"EF" EVIDENCE FELONY "Z" = SEIZED ITEM "FN" = FOUND "S" = STOLEN

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM

LOC CODES:
"L#" = LOCKER NUMBER
"R" = REFRIGERATOR
"F" = FREEZER
"V" = VICTIM HOLD

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 7249 | | EF | | | | | | | 10 |
| | | DESCRIPTION: Compact disc containing photos of (S01)MANGI's apartment and evidence seized | | | | | | | |
| | | LOCATION FOUND: Department issued camera, at (S01)MANGI's apartment | | | | | | | |
| 7250 | | EF | | | | | | | 10 |
| | | DESCRIPTION: Compact disc containing audio recording of knock and notice for search warrant at (S01)MANGI's | | | | | | | |
| | | LOCATION FOUND: Department issued recorder, at (S01)MANGI's apartment | | | | | | | |

| OFFICER'S NAME | PROP. 115 | ID No. | DATE | SHIFT/DAYS OFF | SUPERVISOR REVIEW | ID No. | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| REPORT TYPE | Stanford University Public | CASE NO |
|---|---|---|
| FRAUD | EVIDENCE | 13-1443 |

"EM" EVIDENCE MISDEMEANOR "SK" = SAFEKEEPING "L" = LOST "O" = OTHER "R" = RECOVERED
"EF" EVIDENCE FELONY "Z" = SEIZED ITEM "FN" = FOUND "S" = STOLEN

LOC CODES:
"L-#" = LOCKER NUMBER
"R" = REFRIGERATOR
"F" = FREEZER
"V" = VICTIM HOLD

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 7246 | | EF | APPLE | MACB | | C1MK5XFHDTY3 | | | 7 |
| | | DESCRIPTION: Envelope containing Macbook Pro laptop w/ power cord taken during search warrant | | | | | | | |
| | | LOCATION FOUND: (S01)MANGI's dining room table, Oakland CA | | | | | | | |
| 7247 | | EF | SAMS | QX410 | | ZYPX93BB104473Z | | | 7 |
| | | DESCRIPTION: Envelope containing Samsung laptop w/ power cord taken during search warrant | | | | | | | |
| | | LOCATION FOUND: (S01)MANGI's living room, inside a purple backpack | | | | | | | |
| 7248 | | EF | APPLE | A1224 | | YM9245PF0TF | | | 7 |
| | | DESCRIPTION: 20" iMac desktop computer wrapped in brown paper | | | | | | | |
| | | LOCATION FOUND: (S01)MANGI's living room, next to a purple backpack | | | | | | | |

| OFFICER'S NAME | PROP. 115 | ID No. | DATE | SHIFT/DAYS OFF | SUPERVISOR REVIEW | ID No. | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| REPORT TYPE | Stanford University Public | CASE NO. |
|---|---|---|
| SUSP CIRC | **EVIDENCE** | 13-1443 |

"EM" EVIDENCE MISDEMEANOR "SK" = SAFEKEEPING "L" = LOST "O" = OTHER "R" = RECOVERED
"EF" EVIDENCE FELONY "Z" = SEIZED ITEM "FN" = FOUND "S" = STOLEN

LOC CODES:
"L-#" = LOCKER NUMBER
"R" = REFRIGERATOR
"F" = FREEZER
"V" = VICTIM HOLD

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM.

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 7168 | | EF | | | | | | | 10 |
| | | DESCRIPTION: Compact disc containing audio recording of (S)MANGI's statement on telephone | | | | | | | |
| | | LOCATION FOUND: Department issued digital recorder | | | | | | | |

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 7169 | | EF | | | | | | | 10 |
| | | DESCRIPTION: Envelope containing emails from S.U. IT and Cmed IT with IP Address information | | | | | | | |
| | | LOCATION FOUND: Via emails on department computer | | | | | | | |

| OFFICER'S NAME | PROP. 115 | ID No. | DATE | SHIFT/DAYS-OFF | SUPERVISOR REVIEW | ID No. | DATE | PG OF |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Tr. Ex. 12-046

MANGI000329